**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANTOINE DESHOMMES,

Petitioner,

v. Case No. 3:26-cv-2321-WWB-PDB

WARDEN, FLORIDA BAKER CORRECTIONAL INSTITUTE, et al.,

Respondents.

---

# ORDER

On September 17, 2026, the Court granted the Petition to the extent that it ordered Respondents to either (1) provide Petitioner with a bond hearing; or (2) release him from custody. (Doc. 12). Petitioner has now filed a Motion to Enforce Judgment ("**Motion**"). (Doc. 14). He argues that Respondents did not comply with the Court's Order because during his bond hearing, the immigration judge ("**IJ**") "wholly failed to consider any of [his] copious evidence mitigating his risk of flight." (*Id.* at 5). Further, Petitioner maintains that the IJ did not use the "legally correct procedural framework" because he denied bond based on one factor: "his pretermitted asylum application." (*Id.* at 7).

Respondents filed a Response. (Doc. 17). They advise that on September 21, 2026, an IJ conducted a bond hearing, during which he found that Petitioner was a flight risk due to his limited prospects for relief. (*Id.* at 1–2). Respondents argue that Petitioner now challenges the IJ's determination and if he disagrees, he should seek review with the Board of Immigration Appeals ("**BIA**"), not this Court. (*Id.* at 2–6). To that end, they contend the Motion should be denied.

The Court agrees. Here, Petitioner was provided with a bond hearing, and nothing suggests that the IJ otherwise failed to make factual findings or conduct an individualized determination. To the extent Petitioner disagrees with the IJ's conclusions, he may file an appeal with the BIA or request a custody redetermination. Whether the Court agrees with the IJ's determination is of no importance—the Court simply lacks jurisdiction to review such a discretionary finding.

Accordingly, it is **ORDERED** that Petitioner's Motion to Enforce Judgment (Doc. 14) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, on November 24, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C: counsel of record